IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARIO DEANDRE TAYLOR,            )
                                 )
          Plaintiff,             )
     v.                          )     1:25-cv-571
                                 )
ARRESTING OFFICER,               )
                                 )
          Defendant.             )

**ORDER**

On October 20, 2025, the United States Magistrate Judge's Order and Recommendation ("Recommendation") was filed and notice was served on the Plaintiff pursuant to 28 U.S.C. § 636. (Docs. 2, 3.) No objections were filed within the time limits prescribed by Section 636.

The record reflects that the Recommendation was served by mail to Plaintiff's last known address at Pike County Detention Center, 172 Division St., Pikeville, Kentucky, but returned as undeliverable and marked "Return to Sender, No Longer in Facility" (See Doc. 4.) This court has no obligation to locate Plaintiff to provide actual notice; instead, it is the duty of a litigant to keep this court informed of a current address. LR 11.1(b). Because Plaintiff has not provided the court with an address within 63 days of the date of the last return of mail,

the court finds the case should be dismissed without prejudice for failure to prosecute. See LR 11.1(b).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE** pursuant to Local Rule 11.1(b) for failure to prosecute.

A Judgment dismissing this action will be entered contemporaneously with this Order.

This the 20th day of January, 2026.

/s/ William L. Osteen, Jr.
United States District Judge

- 2 -

Case 1:25-cv-00571-WO-JEP   Document 5   Filed 01/20/26   Page 2 of 2